| | |
|---|---|
| 1 | JOSHUA D. LICHTMAN (SBN 176143) |
| | joshua.lichtman@nortonrosefulbright.com |
| 2 | LESLEY HOLMES (SBN 271903) |
| | lesley.swanson.holmes@nortonrosefulbright.com |
| 3 | **NORTON ROSE FULBRIGHT US LLP** |
| | 555 South Flower Street, Forty-First Floor |
| 4 | Los Angeles, California 90071 |
| | Telephone: (213) 892-9200 |
| 5 | Facsimile: (213) 892-9494 |

Attorneys for Defendants

Manfred Muecke (SBN: 222893)
mmuecke@manfredapc.com
**MANFRED, APC**
600 West Broadway, Suite 700
San Diego, CA 92101
Telephone: (619) 550-4005
Facsimile: (619) 550-4006

Todd D. Carpenter (SBN: 234464)
tcarpenter@lcllp.com
**LYNCH CARPENTER LLP**
1234 Camino Del Mar
Del Mar, CA 92014
Telephone: (619) 762-1910
Facsimile: (724) 656-1556

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HUGO OLGUIN-MORENO, GIA MCELROY, SEANN MULLEN and RONALD DONEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY, USAA GENERAL INDEMNITY COMPANY and GARRISON PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Defendants. | Case No. 5:24-cv-00474-WLH-SHK<br><br>**STIPULATION RE: (i) WAIVER OF SERVICE OF FIRST AMENDED COMPLAINT, (ii) EXTENSION OF TIME TO RESPOND, and (iii) BRIEFING AND NOTICED HEARING DATES ON DEFENDANTS' MOTION TO DISMISS**<br><br>**[Filed Concurrently With [Proposed] Order]**<br><br>Hon. Wesley L. Hsu, Ctrm 9B |

Stipulation Re: (i) Waiver Of Service Of First Amended Complaint, (ii) Extension Of Time To Respond, and (iii) Briefing And Noticed Hearing Dates On Motion To Dismiss

DOCUMENT PREPARED ON RECYCLED PAPER

Plaintiffs Hugo Olguin-Moreno, Gia McElroy, Seann Mullen and Ronald Donez ("Plaintiffs"), and defendants United Services Automobile Association, USAA Casualty Insurance Company, USAA General Indemnity Company and Garrison Property & Casualty Insurance Company ("Defendants") (Plaintiffs and Defendants are referred to collectively below as the "Parties") hereby, by and through their respective attorneys, stipulate as follows:

1. Plaintiff Hugo Olguin-Moreno initiated this action on March 1, 2024, by filing his Complaint that initially named as defendants only United Services Automobile Association and USAA Casualty Insurance Company. (Dkt. #1). The initially-named defendants executed a waiver of service of summons, which was returned and filed on March 28, 2024, such that their initial deadline to file a responsive pleading was May 28, 2024 (Dkt. #10).

2. On May 21, 2024, the initial parties stipulated pursuant to L.R. 7-1 and 8-3 to extend the deadline for the initially-named defendants to file a responsive pleading by 21 days, up to and including June 18, 2024 (Dkt. #12).

3. On June 17, 2024, the initially-named defendants filed their Motion to Dismiss plaintiff Olguin-Moreno's initial Complaint (Dkt. #17), and pursuant to their stipulation filed June 13, 2024 regarding an agreed briefing schedule (Dkt. #15), the initially-named defendants noticed that motion for hearing on October 4, 2024.

4. On June 18, 2024, the Court issued its Order Setting Scheduling Conference, setting the Scheduling Conference for November 1, 2024 (Dkt. #18)—*i.e.*, setting the Scheduling Conference for 28 days after the noticed hearing date for the Motion to Dismiss, such that the parties would likely have received the Court's guidance concerning the potentially case-dispositive threshold issues raised by the Motion to Dismiss prior to having to incur the burden and expense of preparing initial disclosures and the Joint Rule 26 Report and ancillary documents pursuant to the Court's Order Setting Scheduling Conference.

- 2 -

Stipulation Re: (i) Waiver Of Service Of First Amended Complaint, (ii) Extension Of Time To Respond, and (iii) Briefing And Noticed Hearing Dates On Motion To Dismiss

DOCUMENT PREPARED ON RECYCLED PAPER

5. On July 8, 2024, Plaintiffs filed their First Amended Complaint which, among other things, added additional party plaintiffs (Ms. McElroy, Mr. Mullen and Mr. Donez) and additional party defendants (USAA General Indemnity Company and Garrison Property & Casualty Insurance Company) (Dkt. #19).

6. On July 9, 2024, the Court issued an Order finding the initially-named defendants' Motion to Dismiss Complaint to be "moot" "in light of the Amended Complaint," and directing that the hearing on that motion "set for 10/4/2024 … is vacated." (Dkt. #20.)  However, the Court's July 9 Order did not vacate the November 1, 2024, Scheduling Conference.

7. To date, the newly-added party defendants (USAA General Indemnity Company and Garrison Property & Casualty Insurance Company) have not received service of summons in this action.

8. To ensure that the Parties have time to brief the matters anticipated to be raised by Defendants' forthcoming Motion to Dismiss the First Amended Complaint, and to preserve the Court's and the Parties' resources by not requiring the Parties' to incur the burden and expense of preparing initial disclosures or the Joint Rule 26 Report and ancillary documents described in Sections B and C of the Court's Order Setting Scheduling Conference until after the Court hears the Motion to Dismiss (the "Motion"), the Parties stipulate and request that the Court enter the [Proposed] Order submitted herewith as follows:

    (a) USAA General Indemnity Company and Garrison Property & Casualty Insurance Company hereby waive service of summons;

    (b) Defendants' time to respond to the First Amended Complaint, filed on July 8, 2024, may be extended by 21 days, from July 22, 2024, to August 12, 2024; and

    (c) In the event that Defendants' response is to move to dismiss the First Amended Complaint, the Motion shall be noticed for

DOCUMENT PREPARED ON RECYCLED PAPER

hearing on October 4, 2024, or the first available date thereafter that is open on the Court's calendar as of the time of filing, with Plaintiffs' Opposition papers due to be filed and served on or before September 6, 2024, and Defendants' Reply papers due to be filed and served on or before September 20, 2024.

**IT IS SO STIPULATED.**

Dated:  July 17, 2024

ADAM T. SCHRAMEK
JOSHUA D. LICHTMAN
LESLEY HOLMES
**NORTON ROSE FULBRIGHT US LLP**

By */s/ Lesley Holmes*
LESLEY HOLMES
Attorneys for UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY USAA GENERAL INDEMNITY COMPANY, and GARRISON PROPERTY & CASUALTY INSURANCE COMPANY,

Date:  July 17, 2024

MANFRED MUECKE
**MANFRED, APC**
TODD D. CARPENTER
JAE KOOK KIM
**LYNCH CARPENTER LLP**

By */s/ Manfred Muecke*
MANFRED MUECKE
Attorneys for Plaintiffs HUGO OLGUIN-MORENO, GIA MCELROY, SEANN MULLEN and RONALD DONEZ

## ATTESTATION

I, Lesley Holmes, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Lesley Holmes*
Lesley Holmes

- 4 -